Ward v. Kelley et al. 5:16-cv-00312-BSM-BD

Judge Beth Deere

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS 10-26-16

OCT 28 2016
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Let me explain before you force me to amend. The way I wrote out lawsuit I thought would be ... good. My lawsuit rest in 1-9, 10 being a supervisor liability thing. But 1-9 is my lawsuit, 11-114 are examples of how 1-9 applied to me and the injury that was caused by the lack of Due Process I talk about in 1-9. Now view my lawsuit with that in mind. Do I still have to amend? 119 is also a supervisor liability. 115-118 are disciplinary related. This lawsuit is about the disciplinary process. I wrote it the best I can, I do not know how I could change it any. Though if you'd like I could write a paper to counter your arguements about my injuries. It'd give me something to do. But I can not amend my complaint any. I did the best I could. Maybe you could appoint me an attorney or give my claim leeway since I'm pro sé or walk me through the parts and I can explain my reasonings? Or better yet, you understand now that... it's all about 1-9, and the rest (almost) is how 1-9 has applied to me and the injury resulting from that.
   Cool?

Chris Ward

Chris Ward 651503
Po Box 400
Grady AR 71644