IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRIS WARD,**
**ADC # 651503**                                                                         **PLAINTIFF**

**v.**                      **CASE NO. 5:16-CV-00312 BSM**

**WENDY KELLEY, et al.**                                         **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 6] submitted by Magistrate Judge Beth Deere as well as plaintiff Chris Ward's objections thereto [Doc. No. 8] have been received. After *de novo* review of the record, the recommended disposition is granted in its entirety. Accordingly, Ward's suit is dismissed without prejudice for failure to state a claim, and this dismissal counts as a strike pursuant to 28 U.S.C. § 1915A. Furthermore, it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 25th day of November 2016.

_____
UNITED STATES DISTRICT JUDGE